UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. **JAMES R. SWITZER**, and
16. CLIFFORD M. WRIGHT,

  Defendants.

---

## ORDER DISMISSING REMAINING CHARGES
## AS TO DEFENDANT JAMES R. SWITZER ONLY

---

THIS MATTER comes before the Court on the Government's Rule 48 Motion to Dismiss Remaining Charges as to Defendant James r. Switzer Only (Motion) **(#722)** filed October 29, 2012. Having reviewed the Motion, the Court FINDS that:

1. Defendant James R. Switzer entered a guilty plea to Count Twenty-Eight of the

  Indictment as part of a plea agreement on file in United States District Court for

the District of Colorado, Case Number 12-cr-00010-MSK-15 (DOC 445).

2. Judgment of Conviction has entered as to Count Twenty-Eight.

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED** and the First Superseding Indictment (DOC 180), and Count Thirty-Two of the January 9, 2012, Indictment (DOC 1), in the above captioned case, as to defendant James R. Switzer, only, are hereby dismissed.

DATED this 1st day of November, 2012.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge