**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: July 16, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Nicole Peterson | |

Criminal Action No. 12-cr-00010-MSK

<u>*Parties*</u>:                                                                  <u>*Counsel*</u>:

UNITED STATES OF AMERICA,                    Guy Till

      Plaintiff,

v.

SHEPS H. KHAMSAHU,                                 Joseph Saint-Veltri

      Defendant.

---

**SENTENCING MINUTES**
_____

**1:33 p.m.        Court in session**.

Defendant present on bond.

**Change of Plea Hearing on May 16, 2012. Defendant pled guilty to Count 31 of the Indictment.**

Oral motion by the Government to dismiss the remaining Count (32) of the Superseding Indictment against this defendant.

**ORDER:**     The Government's oral motion to dismiss the remaining Count (32) of the Superseding Indictment is GRANTED. This motion was also made and granted at the Change of Plea hearing on May 16, 2012.


Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #742, #910**). Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #585).** Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion(s) for Downward Departure (**Doc. #742, #910**) are **DENIED.**

**ORDER:** The defendant's Motion for Non-Guideline Sentence **(Doc. #585)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**2:23 p.m.** **Court in recess.**

Total Time: 50 minutes.
Hearing concluded.