IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01448-MSK
Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

v.

GEORGE HARRISON ASKEW,

      Movant.

---

## ORDER

---

      On June 10, 2013, the Court issued an order directing the United States Attorney to file an answer in this case on or before July 1, 2013.  It has come to the Court's attention that the June 10, 2013 order was docketed in the civil case, but not in the criminal action.  Accordingly, it is

      **HEREBY ORDERED** that the clerk of the court shall promptly docket the June 10, 2013 order in the criminal action.  It is

      **FURTHER ORDERED** that, on or before August 18, 2013, the United States Attorney shall comply with the June 10, 2013 order to file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

      Dated this 19th day of July, 2013.

                  **BY THE COURT:**

                  _____

                  Marcia S. Krieger
                  Chief United States District Judge