IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
                     CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover        Date: July 25, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Michelle Means

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Guy Till

          Plaintiff,

v.

GREGORY A. COLLINS,                        Scott Reisch

          Defendant.

---

# SENTENCING MINUTES

**10:02 a.m.**   **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on March 5, 2013. Defendant pled guilty to Count 9 of the Second Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #879)** Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**     Defendant's Motion for Non-Guideline Sentence (**Doc. #879**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Bond is exonerated.

**10:33 a.m.     Court in recess.**

Total Time:    31 minutes
Hearing concluded.